

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 18, 2022**

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ROBERT JAMES EVANS JR., | § | Case No. 15-32265-HDH-7 |
| AND VERNA PAULETTE EVANS | § | |
| | § | |
| Debtors. | § | |

### ORDER REGARDING TRUSTEE'S OBJECTION TO CLAIM NO. 6

On February 7, 2022, Trustee filed Trustee's Objection to Claim No. 6, objecting to the secured claim filed by **TEXAS WORKFORCE COMMISSION, Special Actions Unit, Regulatory Integrity Division, 101 E. 15th Street, Room 556, Austin, TX 78778-0001** in the secured amount of $10,847.91. The Objection was timely served on Texas Work Force Commission at the address above, and Texas Workforce Commission did not file a response to Trustee's Objection to its Claim No. 6. This claim is based on a tax lien filed on May 8, 2015 for unpaid taxes. Trustee did not administer any assets to which the lien attached. Trustee does not dispute the amount of the claim, only that it is secured in the assets administered by Trustee. It is

1

2

**ORDERED Claim No. 6** is **DISALLOWED** as a secured claim and **ALLOWED** as an unsecured priority claim in the amount of $10,847.91.

# # # END OF ORDER # # #

SUBMITTED BY:

Robert Yaquinto, Jr.
SHERMAN & YAQUINTO, LLP
509 N. Montclair Avenue
Dallas, TX  75208
(214) 942-5502  (214) 946-7601 – fax
ATTORNEYS FOR CHAPTER 7 TRUSTEE

2